**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, et al, )
                                  )
          Plaintiffs, )     No. 24-cv-10912
                                  )     Judge Sara L. Ellis
                                  )
                                  )
JNS CONSTRUCTION CORP. II )
          Defendant. )

**PLAINTIFFS' MOTION JUDGMENT IN SUM CERTAIN**

Plaintiffs, by and through their attorneys, PAUL M. EGAN, GRANT R. PIECHOCINSKI, JAMES R. ANDERSON, and ARNOLD AND KADJAN, LLP, move the Court to enter an order of default against the Defendant. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover fringe benefit fund contributions and other amounts due and owing based upon breaches of collective bargaining agreements, Declarations of Trust, and applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2. This case was filed on October 23, 2024.

3. The Defendant was served on October 30, 2024. (Docket Entry 6).

4. More than twenty-one (21) days have passed after service of process and the Defendant has not served an answer or any other responsive pleading.

5. On June 30, 2025, this Court directed the Clerk to enter a default against the Defendant under Rule 55(a) of the Federal Rules of Civil Procedure.

6. A fringe benefit compliance audit was completed for the period of April 29, 2024 through September 30, 2025. (Ex. A Richard J. Wolf Affidavit ¶2).

7. The audit revealed a total of $384,446.91 (Ex A. ¶ 4).

8. A balance of $384,446.91 is owed on the audit for the period ending September 30, 2025.

9. Under Section 502(g)(2) Plaintiffs are entitled to reasonable attorney's fees and costs.

WHEREFORE, Plaintiffs pray for the following relief:

A. That this Court enter judgement against the Defendant, JNS CONSTRUCTION CORP. II, in the amount of $384,446.91

B. That this Court grant such other or further relief that this Court deems appropriate under the circumstances.

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS et al,

By:   /s/ Grant R. Piechocinski
          One of Plaintiffs' attorneys

PAUL M. EGAN
GRANT R. PIECHOCINSKI
ANITA SALIU
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601.
(312)236-0415